

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00364-CR

**GARY LEE REID,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2012-2323-C2

# O R D E R

An *Anders* brief was filed by appellant's counsel on January 21, 2014. No motion to withdraw was filed with the *Anders* brief. A motion to withdraw must be filed before we can proceed further with this appeal. *In re Schulman*, 252 S.W.3d 403, 412 (Tex. Crim. App. 2008).

Further, the Court has not been presented with an adequate basis to determine that counsel has complied with his "educational burdens" and fully informed the appellant of the right to review the appellate record, to file a brief or other response,

and to file a pro se petition for discretionary review. *See Meza v. State*, 206 S.W.3d 684, 689 n. 23 (Tex. Crim. App. 2006) (discussion of counsel's "educational burdens" when filing an *Anders* brief); *Ex parte Owens*, 206 S.W.3d 670, 671 (Tex. Crim. App. 2006) (right to file pro se pdr); *Sowels v. State*, 45 S.W.3d 690, 693 (Tex. App. —Waco 2001, no pet.), *overruled in part on other grounds*, *Meza v. State*, 206 S.W.3d 684, 689 (Tex. Crim. App. 2006) (right to review record and file a brief or other response).

Accordingly, counsel is ordered to file a motion to withdraw within 14 days from the date of this order. Counsel is also ordered to provide to the Court, within 14 days from the date of this order, some form of indication that counsel has provided appellant with a copy of the motion to withdraw and fully informed the appellant of the right to review the appellate record, the right to file a brief or other response, and the right to file a pro se petition for discretionary review. Compliance with these "educational burdens" may be in the form of a certificate attached to the motion to withdraw.

The failure to comply with the Court's order will result in the striking of appellant's *Anders* brief.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed January 30, 2014